JACOB CORLEIS, Respondent, *v.* BENEDICT FISCHER et al., Appellants.

Reported below, 5 App. Div. 622.
(Argued February 28, 1898; decided March 8, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1896, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the Appellate Division had unanimously decided that there were facts tend-

83

ing to support the verdict, and that the exceptions present no question for review.

*Hotchkiss & Maddox* for motion.

*Uriah W. Tompkins* opposed.

Motion denied, with ten dollars costs.